JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBY VILLANERA, | ) | Case No.: 8:23-cv-01811-JDE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT OF REMAND |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Remand (Dkt. 20, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 11, 2024

_____
JOHN D. EARLY
United States Magistrate Judge